Breach of a LeaKenneth M. Misken
Bar No. 496826
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 1500
Tysons Corner, Virginia 22102
Tel: 703.610.8693
Fax: 703.610.8686
kmisken@milesstockbridge.com
*Counsel for Plaintiff SNH Medical Office Properties Trust*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SNH MEDICAL OFFICE PROPERTIES TRUST, <br> 255 Washington Street, Suite 300 <br> Newton, MA 02458 <br> <br>      Plaintiff, <br> <br> v. <br> <br> HEALTHY EATERIES L.L.C. <br> dba MASO <br> 1145 19th Street, N.W., Suite 101 <br> Washington, DC 20036 <br> SERVE:   ResAgent, Inc. <br>               1800 M Street, NW, Suite 450N <br>               Washington, DC 20036 <br>               Registered Agent <br> <br>      Defendant. | Civil Action No. _____ |

## COMPLAINT

Plaintiff, SNH Medical Office Properties Trust ("SNH"), files this Complaint against Defendant Healthy Eateries L.L.C. dba MASO ("Healthy Eateries") for breach of a lease.

## THE PARTIES

1. SNH is a Maryland real estate investment trust with its headquarters in Newton, Massachusetts.

2. Defendant Healthy Eateries is a limited liability company organized under the laws of the District of Columbia and has its principal place of business located in the District of Columbia.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as there exists complete diversity of citizenship among SNH and Defendant and the amount in controversy, exclusive of interest, attorneys' fees and costs, exceeds the sum of $75,000.00.

4. Venue is proper in the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1391, as substantial part of the events or omissions giving rise to SNH's claim occurred in this judicial district.

## FACTUAL ALLEGATIONS

5. On or about December 4, 2012, SNH and Healthy Eateries entered into that certain Lease under which SNH leased commercial real estate located at 1145 19th Street, N.W., Suite 101, Washington, D.C. (the "Premises") for a ten-year period terminating on July 31, 2023 (the "Lease"). A copy of the Lease is attached hereto as Exhibit A.

6. The Lease contemplated that Healthy Eateries would operate the Premises as a franchise of Nature's Table Franchise Company under the trade name "Nature's Table."

7. On October 15, 2014, Nature's Table Franchise Company terminated the Franchise Agreement with Healthy Eateries.

8. On or about January 20, 2015, SNH and Healthy Eateries entered into that First Amendment to Lease, in which Healthy Eateries acknowledged that it was in arrears under the Lease in the total amount of $41,530.41 and agreed to pay SNH an additional $2,307.25 per

month until the arrearages were paid in full. A copy of the First Amendment to Lease is attached hereto at <u>Exhibit B</u>.

9. The First Amendment to Lease also acknowledged the termination of the Franchise Agreement and required Healthy Eateries to operate the Premises under the trade name "MASO."

10. On June 2, 2017, Healthy Eateries managing member Mr. Della Torre sent an email to SNH informing SNH that Healthy Eateries was closing its business effective June 2, 2017. A copy of the email is attached hereto at <u>Exhibit C</u>.

11. On June 12, 2017, SNH sent Healthy Eateries a letter recognizing the closing of Health Eateries' business while advising Healthy Eateries that it remained obligated to pay SNH for all amounts due under the Lease through July 31, 2023. A copy of the Letter is attached hereto at <u>Exhibit D</u>.

12. On July 18, 2017, SNH terminated the Lease effective July 18, 2017, while reserving its rights and remedies under the Lease. A copy of the Termination Notice is attached hereto at <u>Exhibit E</u>.

13. To date, Healthy Eateries has failed to pay SNH the amounts due and owing under the Lease.

14. As of August 24, 2017, Healthy Eateries owes SNH $1,124,998.22, broken down as follows: (1) Base Rent – $871,511.10; (2) operating expenses (estimated) – $152,561.96; (3) real estate tax (estimated) – $92,937.03; (4) security – $3,700.00; (5) late fees – $3,757.13; and (6) interest – $530.99. Interest at the rate of 6% above the Prime Rate as published by the Wall Street Journal and attorneys' fees and costs continue to accrue as authorized by Paragraph 8.4 of

the Lease. A copy of the Aging Detail is attached hereto at <u>Exhibit F</u>. A copy of the late fee and interest calculation is attached at <u>Exhibit G.</u>

## COUNT I
### (Breach of Lease)

15. SNH incorporates the Factual Allegations as if fully set forth herein.

16. Defendant Healthy Eateries breached the Lease by closing its business and by failing to pay SNH the amounts due and owing under the Lease.

17. The Lease is a valid and enforceable contract under applicable law.

18. SNH has fully performed its contractual obligations under the Lease and the amendment thereto.

19. The failure of Defendant Healthy Eateries to continue to operate its business at the Premises and to pay SNH the amounts owed under the Lease constitute material breaches of the Lease.

20. As a direct and proximate cause of Health Eateries' material breachs, SNH has suffered monetary harm and damages in the amount of $1,124,998.22, with interest at the rate of 6% above the Prime Rate as published by the Wall Street Journal and attorneys' fees and costs continuing to accrue as authorized by Paragraph 8.4 of the Lease.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff SNH Medical Office Properties Trust requests this Court to enter judgment in favor of Plaintiff and against Defendant Healthy Eateries L.L.C. dba MASO with damages in the amount of $1,124,998.22, with interest at the rate of 6% above the Prime Rate as published by the Wall Street Journal and attorneys' fees and costs continuing to accrue as authorized by Paragraph 8.4 of the Lease.

RESPECTFULLY SUBMITTED,

*/s/ Kenneth M. Misken*
Kenneth M. Misken
Bar No. 496826
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 1500
Tysons Corner, Virginia 22102
Tel: 703.610.8693
Fax: 703.610.8686
kmisken@milesstockbridge.com
*Counsel for Plaintiff*
*SNH Medical Office Properties Trust*